UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLEARLAKE SHIPPING PTE LTD.,

                      Plaintiff,

            -against-

O.W. BUNKER (SWITZERLAND) SA,
O.W. BUNKER USA, INC., O.W.
BUNKER HOLDING NORTH
AMERICA, INC., O.W. BUNKER
NORTH AMERICA, INC. NUSTAR
MARINE SERVICES, INC., AND ING
BANK NV,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2015

14 Civ. 9287 (VEC)

### STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT FOR INTERPLEADER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that:

    1. The time for Defendants OW BUNKER USA, INC., OW BUNKER HOLDING NORTH AMERICA INC., OW BUNKER NORTH AMERICA, INC. ("OW") to move, answer, or otherwise respond to the Complaint for Interpleader in the above-captioned action is extended through and including April 3, 2015.

    2. Defendant hereby waives, and covenants not to contest in any court or proceeding, any defense or objection based on service of process. All other defenses or objections of OW are expressly reserved.

    3. This Stipulation may be executed in counterparts which, together, shall constitute one and the same Stipulation. For the purposes of this Stipulation, copies of signatures shall be sufficient to render this stipulation valid and binding.

Dated: New York, New York
      March 13, 2015

By: /s/ James H. Hohenstein / with authority
James H. Hohenstein
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
*Attorneys for Plaintiff*
CLEARLAKE SHIPPING PTE LTD

By: /s/ Vincet M. DeOrchis
Vincet M. DeOrchis
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 201-1931
*Attorneys for Debtors/Defendants*
OW BUNKER USA, INC., OW BUNKER HOLDING NORTH AMERICA INC., OW BUNKER NORTH AMERICA, INC.

**SO ORDERED:**

/s/ Valerie Caproni

UNITED STATES DISTRICT JUDGE

3818442v1    Date: 3/16/2015

2